IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JERMILLE JOHNSON                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 2:05-cv-370(DCB)(JMR)

TCB CONSTRUCTION COMPANY, INC.,
and ODIS TURNER                                              DEFENDANTS

ORDER

    This cause is before the Court on the plaintiff's request for production of document (see Memorandum Opinion and Order of January 4, 2007, p. 3).  The document has been provided to the Court _in camera_ and the parties have executed a protective order prohibiting public disclosure.  In light of the protective order, the Court finds no need to redact any portion of the document.  Accordingly,

    IT IS HEREBY ORDERED that defendant TCB Construction Company, Inc., furnish a copy of the document which is the subject of the protective order entered February 1, 2007, in this cause, to the plaintiff.

    SO ORDERED, this the   10th   day of May, 2007.

                                                  s/ David Bramlette
                                                UNITED STATES DISTRICT JUDGE